

RECEIVED
IN SUPREME COURT
OF TEXAS

OCT 1 6 2018

BLAKE HAWTHORNE, Clerk
BY_____Deputy

**Miscellaneous Order No. DC-18-0009-D**
Court of Appeals No. 05-17-00582-CV
District Court No. DF-16-01234

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| TRACY NIXON, | § | DALLAS COUNTY, TEXAS |
| | § | |
| A VEXATIOUS LITIGANT. | § | 95TH JUDICIAL DISTRICT |

## ORDER

Before the Court is the request of Tracy Nixon, a vexatious litigant, for permission to seek review by the Supreme Court of Texas of reviewable actions of the Court of Appeals for the Fifth District of Texas at Dallas.

An individual declared a vexatious litigant pursuant to Tex. Civ. Prac. & Rem. Code § 11.101(a) may be required to obtain permission from the appropriate local administrative judge before filing, pro se, "new litigation in a court to which the [prefiling] order applies. . . ." *Id.*, § 11.102(a).

Having considered the facts and the law, and having reviewed in detail the filings in the actions at issue, it is the Court's opinion that Nixon's request should be GRANTED. Accordingly, Tracy Nixon is hereby granted permission to seek review by the Supreme Court of Texas of actions of the Fifth District Court of Appeals at Dallas in No. 05-17-00582-CV, which case originated in the Family District Court in Cause No. DF-16-01234.

**ORDER - Page 1**

**IT IS SO ORDERED.**

Signed this 9th day of October, 2018.

KEN MOLBERG
Judge, 95TH District Court
Local Administrative District Judge,
Dallas County, Texas

ORDER - Page 2